IN THE UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KRISTIN NUSSPICKEL and THOMAS NUSSPICKEL, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 3:23-cv-00142 |
| PROFESSIONAL ACCOUNT SERVICES, INC., | ) ) ) ) |
| Defendant. | ) |

### NOTICE OF SETTLEMENT

Plaintiffs, KRISTIN NUSSPICKEL ("Kristin") and THOMAS NUSSPICKEL ("Thomas") (collectively "Plaintiffs"), through their attorney, Agruss Law Firm, LLC, informs this Honorable Court that Plaintiffs and Defendant, PROFESSIONAL ACCOUNT SERVICES, INC. ("Defendant"), have reached a settlement in this case. Plaintiffs anticipate dismissing Defendant with prejudice, within 60 days.

DATED: April 20, 2023    RESPECTFULLY SUBMITTED,

By: /s/ Michael S. Agruss
   Michael S. Agruss
   Agruss Law Firm, LLC
   4809 N. Ravenswood Ave., Suite 419
   Chicago, IL 60640
   Tel: 312-224-4695
   Fax: 312-253-4451
   michael@agrusslawfirm.com
   Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

I certify that on April 20, 2023, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.


By: /s/ Michael S. Agruss
Michael S. Agruss